**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01587-CV

## IN RE DAVID GARRETT, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-54148-W**

## ORDER

Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's December 27, 2019 petition for writ of mandamus.

/s/ AMANDA L. REICHEK
   JUSTICE